**Order entered February 6, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00715-CR

### ADRIAN V. BARRERA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 203rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F07-30801-P**

## ORDER

The Court **REINSTATES** this appeal.

On December 12, 2012, we ordered the trial court to make findings why appellant's brief had not been filed. We have received appellant's brief. Thus, we **VACATE** our December 12, 2012 order requesting findings.

We **GRANT** appellant's motion for extension of time to file appellant's brief.

We **ORDER** the Clerk of the Court to file appellant's brief tendered as of the date of this order.

/s/     DAVID EVANS
         JUSTICE